# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-16-279 |
| | § | |
| ANGELINA GAILEY | § | |
| PATRICK GAILEY | § | |

## O R D E R

Counsel for defendant Angelina Gailey filed a motion to withdraw. (Docket Entry No. 34). The court held a hearing on the motion on April 7. 2017. The motion was granted. The magistrate judge has appointed new counsel. The court finds that the interests of justice are served by granting a continuance that allows new counsel ample time to become familiar with the case and that those interests outweigh the interests of the public and the defendants in a speedy trial. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | June 19, 2017 |
| Responses are to be filed by: | July 5, 2017 |
| Pretrial conference is reset to**:** | **July 10, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **July 17, 2017 at 9:00 a.m.** |

SIGNED on April 11, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge